43 F.3d 1456
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Azubuko CHUKWU, Plaintiff, Appellant,
v.
Rupert MURDOCH & New America Corp., Defendants, Appellees.
 No. 94-1541.
 United States Court of Appeals,
First Circuit.
 Dec. 28, 1994.
 
 APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Patti B. Saris, U.S. District Judge]
 AFFIRMED.
 Chukwu. E. Azubuko on brief pro se.
 Brenda M. Cotter, M. Robert Dushman and Brown, Rudnick, Freed & Gesmer, P.C. on brief for appellees.
 Before TORRUELLA, Chief Judge, SELYA and CYR, Circuit Judges.
 Per Curiam.
 
 
 1
 The judgment of the district court is affirmed for the reasons stated in the district court's May 6, 1994 order granting defendants' motion to dismiss.